Buchwald

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LUIS CABANA, LEOPOLDO AVALO,
and DARRELL SMITH,

        Plaintiffs,

- vs. -

NOTHING HEAVY HOLDING INC. d/b/a EMPIRE
DINER HOLDINGS CORP., MITCHELL WOO and
RENATE GONZALEZ

        Defendants.
------------------------------------------------------------- x

Civil Action No. 10-CIV-3924 (NRB)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that Defendants' time to answer or otherwise respond to the Complaint in the above-referenced action is hereby extended to and including September 2, 2010. The current date to answer is August 2, 2010. This is the second request for an extension. The parties are engaged in settlement discussions. Defendants hereby waive any and all objections, and agree not to assert defenses based on personal jurisdiction and venue. This stipulation may be executed and then transmitted by facsimile, digitally or by similar means and the reproduction of signatures by facsimile, digitally or by similar means will be treated as binding as if originals.

Dated: New York, New York
      July 30, 2010

LAW OFFICES OF WILLIAM CAFARO

By: _____
    William Cafaro
    *Attorneys for Plaintiffs*
    19 West 44th Street, Ste. 1500
    New York, NY 10036
    (212) 583-7400

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
    Andrew W. Singer
    *Attorneys for Defendants*
    900 Third Avenue
    New York, NY 10022
    (212) 508-6723

SO ORDERED

_____
Buchwald, J.

Dated: _July 30, 2010_