```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LUIS CABANA, LEOPOLDO AVALO, DARNELL
SMITH,

                Plaintiff,        O R D E R

      - against -         10 Civ. 3924 (NRB)

NOTHING HEAVY HOLDING INC. d/b/a EMPIRE
DINER HOLDINGS CORP., MITCHELL WOO,
RENATA GONZALEZ

                Defendant.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:    New York, New York
            August 31, 2010

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE