UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LUIS CABANA, LEOPOLDO AVALO and
DARRELL SMITH,

                Plaintiffs,

  - against -

NOTHING HEAVY HOLDING INC. D/B/A EMPIRE
DINER HOLDINGS CORP., MITCHELL WOO and
RENATE GONZALEZ

                Defendants.
------------------------------------------------------------------ X

Civil Action No. 10-CIV-3924

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action is hereby discontinued with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
      September ___, 2010

LAW OFFICES OF WILLIAM CAFARO

By:_____
    William Cafaro, Esq.
    *Attorneys for Plaintiffs*
    19 West 44th Street, Suite 1500
    New York, NY 10036
    (212) 583-7400

Dated: New York, New York
      September 13, 2010

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By:_____
    Andrew W. Singer, Esq.
    *Attorneys for Defendants*
    900 Third Avenue
    New York, NY 10022
    (212) 508-6700